UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CROYDON, LLC, a California Limited Liability Company; LEWIS-GOETZ AND COMPANY, INC., a Pennsylvania Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-02942-MCE-AC<br><br>**ORDER** |

**ORDER**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) and the stipulation of the parties, this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE